IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                              :       CHAPTER 7

DEBBIE L. ROSS                      :       CASE NO.: 10-76584
       Debtor                       :
                                    :

### REQUEST FOR DISMISSAL

COMES NOW the Debtor, DEBBIE L. ROSS, by and through Counsel, files this, his Request that the above styled and stated case be dismissed, showing the court that this case was inadvertently filed and is a duplication of Case No.: 10-76584. Filling fees in the amount of $299.00 have been paid. We ask this amount is reimbursed to Atty. Robert E. Bach

This __4__ day of __June__, 2010.

ROBERT E. BACH
Attorney for Debtor
Ga. Bar No. 030400

4093 Marietta Street, STE. B-1
Powder Springs, GA 30127
(770)941-9999



## CERTIFICATE OF SERVICE

I, ROBERT E. BACH, of Powder Springs, Georgia, HEREBY CERTIFY:

That I am and all times hereinafter mentioned was more than eighteen (18) years of age.

That on this date, I served a copy of the within and foregoing Request for Dismissal in this proceeding depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon and addressed as follows:

> Bankruptcy Clerk/ Gainesville
> Room 120 Federal Building
> 121 Spring St., SE
> Gainesville, Ga 30501

I certify that under penalty of perjury that the foregoing is true and correct.

This __4__ day of __June__, 2010.

ROBERT E. BACH
Attorney for Petitioner
Ga. State Bar No.: 030400

4093 Marietta Street, STE B-1
Powder Springs, GA 30127
770-941-9999

