**ENTERED ON DOCKET**

**JULY 14, 2010**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| DEBBIE L. ROSS, | ) | CASE NO. 10-76584- MHM |
| | ) | |
| Debtor. | ) | |

ORDER AND NOTICE OF HEARING

ORDER AND NOTICE IS HEREBY GIVEN that a hearing on motion of Debtor for case to be dismissed and for refund of filing fee will be held before the undersigned on the 10th day of August, 2010 at 2:45 p.m., in Courtroom 1204, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

The Clerk is directed to serve this Order and Notice on Debtor, Chapter 7 Trustee, United States Trustee, all creditors and parties in interest.

At Atlanta, Georgia, this 14th day of July, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE