ENTERED ON DOCKET

8-24-2010

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DEBBIE L. ROSS, | ) | CASE NO. 10-76584 -MHM |
| | ) | |
| Debtor. | ) | |

**O R D E R**

Debtor filed a motion to dismiss June 4, 2010 (Doc. No. 5). Hearing was held August 10, 2010. For the reasons set forth on the record at the hearing, it is hereby

ORDERED that Debtor's motion to dismiss is deemed withdrawn.

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, Debtor's attorney, the Chapter 7 Trustee, and all creditors and parties in interest.

IT IS SO ORDERED, this the 23rd day of August, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE