UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBTOR NAME: DEBBIE L. ROSS
BANKRUPTCY CASE # 10-76584

## <u>NOTICE TO EXPUNGE CASE #10-76584</u>

COMES NOW the Debtor Debbie L. Ross, by and through Counsel, files this, her request that the above styled and stated case be Expunged, showing the court that this case was inadvertently filed.

The wrong debtor was entered while filing a petition. The **wrong** debtor's name is **Debbie L. Ross.** The wrong debtor's address is 625 Winston Rd. SW, Marietta , Ga 30008.

Petition was filed for another client in our office inadvertently the above stated name was incorrectly inverted.

Please contact our office is you have questions. Our office hours are Monday-Wednesday 11am to 6pm. Thank you for you co-operation in this matter..

Respectfully submitted,

_____
ROBERT E. BACH
Attorney for Defendant
State Bar No.: 030400

4093 Marietta Street , STE B-1
Powder Springs, Georgia 30127
Telephone: 770-941-9999
Facsimile: 770-943-0409

<u>CERTIFICATE OF SERVICE</u>

I, ROBERT E. BACH, of Powder Springs, Georgia, HEREBY CERTIFY:

That I am and all times hereinafter mentioned was more than eighteen (18) years of age.

That on this date, I served a copy of the within and foregoing **NOTICE TO EXPUNGE**

 **CASE #10-76584**  filed in this proceeding by depositing a copy of same in the United

States Mail in a properly addressed envelope with adequate postage thereon and

 addressed as follows:


I certify that under penalty of perjury that the foregoing is true and correct.

This _____ day of _____, 2010.


_____
ROBERT E. BACH
Attorney for Petitioner
Ga. State Bar No.: 030400


4093  Marietta St. , STE. B-1
Powder Springs, Ga.  30127
770-941-9999